FILED

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

2021 JAN 22 PM 3: 17

for the

District of

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Division

Charles Steven Chauncy

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

MIchael Charles Main

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☒ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

  A.   **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | Charles Steven Chauncy |
  | Street Address | 2620 Bluefield Ave |
  | City and County | Nashville |
  | State and Zip Code | Tennessee 37214 |
  | Telephone Number | 615-337-3034 |
  | E-mail Address | chauncys60@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Michael Charles Main |
| Job or Title *(if known)* | |
| Street Address | 721 South Beach Street 207-A |
| City and County | Daytona Beach (Volusia) |
| State and Zip Code | Florida 32114 |
| Telephone Number | unknown |
| E-mail Address *(if known)* | unknown |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Charles Steven Chauncy, is a citizen of the State of *(name)* Tennessee.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant, *(name)* Michael Charles Main, is a citizen of the State of *(name)* Florida. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The defendant commited fraud and perjury in his testimony relative to an evidentiary hearing pertaining to the subsequent probate of the estate of Addison McNairy. The defendant provided perjured testimony to assist a close friend in attaining the proceeds of the estate of the decedent McNairy. The court of record (7th Circuit, Division 10 (2018-11957PRDL) ruled based on the perjured testimony of the defendant that the decedent's will drafted on May 4, 2007 was invalid because of lacking of formalities in the execution of the will. The defendant was the only living witness to the 2007 will and he recanted his sworn witnessing and his signature to the will of 2007. Furthermore, the defendant submitted a sworn affadivit eleven years later, in November of 2018 stating the decedent was not present at the execution of the 2007 will. The plaintiff is a beneficiary of the decedent's 2007 will, however, once the court ruled the 2007 was invalid based on the defendant's perjured testimony, the plaintiff no longer had standing to claim the 1.3 million dollar inheritance designated in the decedent's 2007 will.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On June 10, 2019 in an evidentiary hearing before the court for Florida's 7th Circuit, Division 10 the defendant, Michael Charles Main gave sworn testimony that was false. The defendant intentionally deceived the court by giving perjured testimony to assist his close friend in securing control of the 1.3 million dollar estate of Addison McNairy, now deceased. This act of deception deprived the plaintiff of his legal right to inherit the proceeds of the decedent's eastate. Further, the fraud perpertrated by the defendant lead the court to invalidate the decedent's will of May, 2007, thereby eliminating any standing of the plaintiff to contest any subsequent will or trust alledgely made at the direction of the decedent.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff, Charles Steven Chauncy has suffered significant finanicial loss in attorney fees, travel, lodging and meals in this matter. The plaintiff was clearly entitled to inherit Addison McNairy's estate, and without the defendant's intentional false testimony, the outcome of the litigation in this matter would no doubt have been different.

The decedent's estate was audited and the inventory of the assets amounted to 1.3 milion dollars entirely in liquid funds. The plantiff seeks relief from damages in the amount of 1.3 million dollars or the amount of money the plaintiff was entitled as directed in the decedent McNairy's will of May 4, 2007.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/19/2019

Signature of Plaintiff  *Charles Steven Chauncy*
Printed Name of Plaintiff  Charles Steven Chauncy

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |