# EXHIBIT C

IN THE CIRCUIT COURT FOR VOLUSIA COUNTY, FLORIDA
PROBATE DIVISION

IN RE: ESTATE OF

ADDISON WOOLLEN MCNAIRY,

Deceased

DENNIS LEE GORDEN,

V.

STEVEN CHAUNCY,

File No.: 2018-11957 -PRDL

Division: 10

ADVERSARIAL PROCEEDING

## AFFIDAVIT

STATE OF TEXAS       ]
                     ] SS
COUNTY OF DALLAS     ]

BEFORE ME, the undersigned authority, personally appeared, Michael C. Main, who, after being first duly sworn, deposes and says as follows:

1. My name is Michael C. Main and I am a long time resident of Volusia County, Florida.

2. The factual content of this Affidavit is based upon my personal knowledge.

3. On or about May 4, 2007, I was having lunch at the bar in the Halifax River Yacht Club with Robert Weber.

4. During our lunch we were approached by Michael D. Clower, a local attorney, who asked us if we would witness a document for him.

5. The document was a Last Will and Testament for Addison Woollen McNairy. I signed as a witness on the document and so did Robert Weber.

6. Neither Mr. Weber nor myself even saw Mr. McNairy sign his Will.

7. On the date and time we signed as witnesses to the Will, I don't believe Mr. McNairy was even in the building.

8. Neither Mr. Weber nor myself realized that our failure to see Mr. McNairy sign the Will made the Will void.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Michael C. Main, Affiant

The foregoing instrument was acknowledged before me this 14th day of November, 2018, by Michael C. Main, who produced _Drivers License_ as identification.

_____
Notary Public
State of ~~Florida~~ Texas

ROBIN LINN REYNOLDS, II.
Notary Public, State of Texas
Comm. Expires 08-08-2020
Notary ID 130571371