# EXHIBIT D

IN THE CIRCUIT COURT, SEVENTH
JUDICIAL CIRCUIT, IN AND FOR
VOLUSIA COUNTY, FLORIDA

CASE NO.: 2018-11957-PRDL
DIVISION NO.: 10

IN RE: The Estate Of

ADDISON WOOLLEN MCNAIRY,

Deceased.

---

DENNIS LEE GORDEN,

vs.

STEVEN CHAUNCY.

---

## AFFIDAVIT OF D. M. CLOWER

STATE OF FLORIDA

COUNTY OF VOLUSIA

I, D.M. CLOWER, a/k/a D. MICHAEL CLOWER and DAVID MICHAEL CLOWER, being first duly sworn of oath, depose and state as follows:

1. I am a licensed attorney and Notary Public in the State of Florida and am in good standing with The Florida Bar Association and the Secretary of State. During the course of my law practice over the last forty or so years, I have prepared, notarized and witnessed numerous Wills in the state of Florida and elsewhere. All of the Wills I have notarized in the State of Florida have been done strictly in accordance with Florida law; specifically, Florida Statute 732.502. The Last Will & Testament of Addison Woollen McNairy, dated May 4, 2007, was executed and witnessed in accordance with the provisions of Florida Statute 732.502, in the Flag Room (upstairs bar and lounge) at the Halifax River Yacht Club. The Flag Room of the Club

was visited by Mr. McNairy on almost a daily basis, usually during the noon hour, and this is where he signed the 2007 Will. Michael C. Main and Robert Weber (now deceased) just happened to be there, which is why I asked them to witness the signing of the Will by Mr. McNairy. They were present and personally witnessed Mr. McNairy sign his Will on May 4, 2007.

1. I have reviewed the Affidavit of Michael C. Main, dated November 14, 2018, which is on file with the Court in the above-styled cause. Mr. Main's statement in his affidavit at paragraph 6 that neither he or Mr. Weber actually witnessed Mr. McNairy execution of May 4, 2007 Will is false. Further, the statement (paragraph 7 of the affidavit) that he (Mr. Main) did not believe Mr. McNairy was even at the Club on that day is also obviously false. I do not know why Mr. Main would give false testimony, but there must be some motive. Perhaps he expects to receive some compensation if Mr. McNairy's July 6, 2018 Will is allowed to stand, as the estate consists of assets that exceed 1 million dollars in value.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
D. M. CLOWER

BEFORE ME, the undersigned Florida Notary Public, on this 3rd day of December, 2018, personally appeared D. M. CLOWER, who is personally known to me and who verified under oath that the statements made by him in his foregoing affidavit are true and correct.



Notary Public, State of Florida