# EXHIBIT E

### Halifax River Yacht Club

Check Details

Guest : 2064 Flower, D. Michael
Server : Sarah
Area: Bar

1/2 SANDWICH W/ SOUP         5.95
   PROVOLONE CHEESE          0.45
TEA                          1.50

                 Total:      7.90
              Gratuity:      1.34
              Sales Tax:     0.52

          Grand Total:     $9.76

Quick Mem Charge           $9.76-


2064
Member Number

D.M. Cloer
Member's Signature

A GRATUITY OF 17% HAS BEEN ADDED TO
YOUR CHECK FOR YOUR CONVENIENCE.
HOWEVER IT IS YOUR OPTION TO
INCREASE OR DECREASE THE AMOUNT AT
YOUR DISCRETION.

## Halifax River Yacht Club

Chit Details

Guest : 0414 Main, Michael C.
Server : Sarah
Area : Bar
          Covers :   1
Chit #: 64074516
Date: May 4/07   Time: 12:11pm

Pura Mist                              7.25

              Sub-Total:               7.25
         Gratuity                      1.27
         Sales Tax                     0.48

         Chit Total:          $8.96

Quick Mem Charge              $8.96-

414
————————————
Member's Number

[signature]
————————————
Member's Signature

A GRATUITY OF 17% HAS BEEN ADDED TO
YOUR CHECK FOR YOUR CONVENIENCE.
HOWEVER IT IS YOUR OPTION TO
INCREASE OR DECREASE THE AMOUNT AT
YOUR DISCRETION

          End of Chit

# Halifax River Yacht Club

Chit Details

Guest : 1590 Weber, Robert C.
Server: Sarah
Area:   bar
        Covers:    1
Chit #: 04074514
Date:   May 4/07    Time: 12:10pm

| | |
|---|---|
| TEA | 1.50 |
| CHICKEN DIP | 7.75 |
| Sub Total: | 9.25 |
| Gratuity | 1.57 |
| Sales Tax | 0.61 |

**Chit Total:    $11.43**

Quick Mem Charge        $11.43

Member's Number

*[signature]*

Member's Signature

A GRATUITY OF 17% HAS BEEN ADDED TO
YOUR CHECK FOR YOUR CONVENIENCE.
HOWEVER IT IS YOUR OPTION TO
INCREASE OR DECREASE THE AMOUNT AT
YOUR DISCRETION.

End of Chit

## Halifax River Yacht Club

Chit Details

Guest : 0144 McNarry, Addison W.
Server : Sarah
Area : Bar
Covers : 1
Chit #: 080/1517
Date: May 4/07    Time: 12:36pm

SPECIAL #:                        7.0
B                                 1.0

Sub Total:
Gratuity
Sales Tax                         0.0

Chit Total:    $11.0

Quick Mem Charge    $11.31-

.144
Member's Number

Member's Signature

A gratuity of 17% HAS BEEN ADDED TO
YOUR CHIT FOR YOUR CONVENIENCE.
HOWEVER YOU HAVE THE OPTION TO
INCREASE OR DECREASE THE AMOUNT AT
YOUR DISCRETION.

End of Chit