Dr. Steven Clauncy
2620 Bluefield Ave.
Nashville, TN 37214

DEPUTY CLER
FLORIDA MID
UNITED STAT
401 W. CENT
ORLANDO FL